[No. 13208–3–I.  Division One.  December 30, 1985.]

*In the Matter of the Marriage of* RALPH L.
HAWKINS, JR., *Respondent, and* JEAN T.
HAWKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–3–00403–4, Norman W. Quinn, J., entered
April 18, 1983. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Cole, J. Pro Tem.,

concurred in by Corbett, C.J., and Coleman, J.